PRISONER CASE

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | DARREN EVENS | **Defendant(s):** | TERRY MCCANN |
| **County of Residence:** | WILL | **County of Residence:** | 07cv6937<br>JUDGE ZAGEL<br>MAG. JUDGE MASON |
| **Plaintiff's Address:** | Darren Evens<br>B-61256<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434 | **Defendant's Attorney:** | Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL  60601 |

FILED
JN  DEC 1 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**  ☐ 1. U.S. Government Plaintiff    ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant    ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**  ☑ 1. Original Proceeding    ☐ 5. Transferred From Other District
☐ 2. Removed From State Court    ☐ 6. MultiDistrict Litigation
☐ 3. Remanded From Appellate Court    ☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:**  ☐ Yes    ☑ No

**Signature:** Q. E. Woodham    **Date:** 12/10/2007

98C 3203
zagel
Mason