## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6937 | **DATE** | December 18, 2007 |
| **CASE TITLE** | U.S. ex rel. Darren Evens # B-61256 v. McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner is given until January 10, 2008, to either pay the $5 filing fee or file a petition for leave to file in forma pauperis. The clerk is directed to send petitioner an *in forma pauperis* application. Additionally, petitioner failed to submit his petition on this court's required form. The clerk shall send petitioner the proper amended petition form as well. He is to comply with all aspects of this order by January 10, 2007. Failure to do so may result in dismissal.

■[ For further details see text below.]                                                           Docketing to mail notices.

## STATEMENT

Although the clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account.

Additionally, although he used some of a form for his petition, the court requires him to submit an amended petition using this court's entire form.

Ste