

# FILED

JAN 1 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 1 7 2008

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Chief of Criminal Appeals**<br>**Illinois Attorney General's Office**<br>**100 W. Randolph, 12th Floor**<br>**Chicago, IL 60601** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>JAN 1 4 2008<br>Office Of The Attorney General |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)    7006 2150 0005 2036 0234 | |
| PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540 | |

07 cv 6937