## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6937 | **DATE** | January 18, 2008 |
| **CASE TITLE** | U.S. ex rel. Darren Evens # B61256 v. McCann | | |

**DOCKET ENTRY TEXT:**

     Petitioner has paid the filing fee. Petitioner has filed an amended petition. Respondent is ordered to answer or otherwise plead to the <u>amended</u> petition within 20 days of the date this order is entered on the Clerk's docket. The clerk shall send a copy of the <u>amended</u> petition to Chief, Criminal Appeals.

■[ For further details see text below.]

## STATEMENT

     Petitioner has paid the $5 filing fee.

     Respondent is ordered to answer or otherwise plead to the <u>amended</u> petition within twenty days of the date this order is entered in the Clerk's docket.

     Petitioner is instructed to file all papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, petitioner must send an exact copy of any filing to the Attorney General, in care of Chief, Criminal Appeals Division, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to petitioner.

| | Courtroom Deputy Initials: | STE |
|---|---|---|