IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| United States of America ex rel.<br>DARREN EVANS, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 07 C 6937 |
| TERRY MCCANN,<br>Warden, Stateville Correctional Center, | )<br>)<br>) | The Honorable<br>James B. Zagel, |
| Respondent. | ) | Judge Presiding. |

---

## NOTICE OF MOTION

On Thursday, February 14, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, Room 2503, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion for Extension of Time.

February 4, 2008                    Respectfully submitted,

                                    LISA MADIGAN
                                    Attorney General of Illinois

                        By:    /s/ Sheri L. Wong
                                    SHERI L. WONG, Bar # 6291090
                                    Assistant Attorney General
                                    100 West Randolph Street, 12th Floor
                                    Chicago, Illinois 60601-3218
                                    TELEPHONE: (312) 814-3692
                                    FAX: (312) 814-2253
                                    E-MAIL: swong@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2008 I presented the attached **Notice of Motion** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Darren Evans, B61256
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434

                                                      LISA MADIGAN
                                                      Attorney General of Illinois

                By:    /s/ Sheri L. Wong
                          SHERI L. WONG, Bar # 6291090
                          Assistant Attorney General
                          100 West Randolph Street, 12th Floor
                          Chicago, Illinois 60601-3218
                          TELEPHONE: (312) 814-3692
                          FAX: (312) 814-2253
                          E-MAIL: swong@atg.state.il.us