MHN

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Chief of Criminal Appeals**
**Illinois Attorney General's Office**
**100 W. Randolph, 12th Floor**
**Chicago, IL 60601**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
JAN 25 2008
Office Of The Attorney General

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0005 2036 0241

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

07cv 6937

FILED
FEB 4 - 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT