IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel.<br>DARREN EVANS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 07 C 6937 |
| TERRY MCCANN,<br>Warden, Stateville Correctional Center | ) ) ) | The Honorable<br>James B. Zagel, |
| Respondent. | ) | Judge Presiding. |

_____

## SECOND MOTION FOR EXTENSION OF TIME

Respondent, TERRY MCCANN, respectfully moves this Honorable Court for an additional thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from March 12, 2008 to and including April 11, 2008. An affidavit in support of this motion is attached hereto.

March 3, 2008                           Respectfully submitted,

                                        LISA MADIGAN
                                        Attorney General of Illinois

                               By:      /s/ Sheri Wong
                                        SHERI L. WONG, Bar # 6291090
                                        Assistant Attorney General
                                        100 West Randolph Street, 12th Floor
                                        Chicago, Illinois 60601-3218
                                        TELEPHONE: (312) 814-3692
                                        FAX: (312) 814-2253
                                        E-MAIL: swong@atg.state.il.us

State of Illinois )
                    ) ss.
County of Cook )

# AFFIDAVIT

SHERI WONG, being first duly sworn upon oath, deposes and states as follows:

1. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before March 12, 2008.

2. Despite due diligence, the undersigned will be unable to file a response by March 12, 2008.

3. Counsel has had difficulty in obtaining all of the necessary state-court documents in petitioner's state-court litigation. At the time respondent sought a first extension of time in which to answer or otherwise plead, undersigned counsel had not obtained a copy of petitioner's first petition for postconviction relief, and the order of dismissal from the Circuit Court of Cook County. Despite renewed attempts, the undersigned has not yet received copies of the aforementioned documents.

4. Previously, this Court granted respondent one thirty-day extension of time.

5. The present motion for an additional extension of time is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

-1-

6.	Respondent respectfully requests that this Honorable Court grant his motion for an additional thirty-day extension of time to and including April 11, 2008, within which to file her answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

By: /s/ Sheri Wong

SHERI L. WONG, Bar # 6291090
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3692
FAX: (312) 814-2253
E-MAIL: swong@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2008, I presented the attached **MOTION FOR EXTENSION OF TIME and AFFIDAVIT** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Darren Evans, B61256
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434

                                  LISA MADIGAN
                                  Attorney General of Illinois

      By:    s/ Sheri L. Wong
                    Sheri L. Wong, Bar # 6291090
                    Assistant Attorney General
                    100 West Randolph Street, 12th Floor
                    Chicago, Illinois 60601-3218
                    TELEPHONE: (312) 814-3692
                    FAX: (312) 814-2253
                    E-MAIL: swong@@atg.state.il.us