IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
_____

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
|   DARREN EVANS, | ) | |
| | ) | |
|                Petitioner, | ) | |
| | ) | |
|                v. | ) | No. 07 C 6937 |
| | ) | |
| TERRY MCCANN, | ) | |
|   Warden, Stateville Correctional Center, | ) | The Honorable |
| | ) | James B. Zagel, |
|                Respondent. | ) | Judge Presiding. |

_____

## NOTICE OF MOTION

On Thursday, March 6, 2008 at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, Room 2503, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Second Motion for Extension of Time.

March 3, 2008                                                                 Respectfully submitted,

                                                                          LISA MADIGAN
                                                                          Attorney General of Illinois

                                        By:    /s/ Sheri L. Wong
                                                             SHERI L. WONG, Bar # 6291090
                                                             Assistant Attorney General
                                                             100 West Randolph Street, 12th Floor
                                                             Chicago, Illinois 60601-3218
                                                             TELEPHONE: (312) 814-3692
                                                             FAX: (312) 814-2253
                                                             E-MAIL: swong@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2008 I presented the attached **Notice of Motion** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

      Darren Evans, B61256  
      Stateville Correctional Center  
      Route 53  
      P.O. Box 112  
      Joliet, Illinois 60434

                                  LISA MADIGAN  
                                  Attorney General of Illinois

                By:   /s/ Sheri L. Wong  
                          SHERI L. WONG, Bar # 6291090  
                          Assistant Attorney General  
                          100 West Randolph Street, 12th Floor  
                          Chicago, Illinois 60601-3218  
                          TELEPHONE: (312) 814-3692  
                          FAX: (312) 814-2253  
                          E-MAIL: swong@atg.state.il.us