UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DARREN EVANS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 07 C 6937 |
| TERRY MCCANN, Warden, Stateville Correctional Center, | ) ) ) | |
| | ) ) | The Honorable James B. Zagel, |
| Respondent. | ) | Judge Presiding. |

_____

**NOTICE OF MOTION**

To:   Darren Evans, B61256
      Stateville Correctional Center
      Route 53
      P.O. Box 112
      Joliet, Illinois 60434

On Tuesday, April 1, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James Zagel, or any judge sitting in his stead, in Courtroom 2588, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus.**

March 24, 2008                                              Respectfully submitted,

                                                            LISA MADIGAN
                                                            Attorney General of Illinois

                                          BY:   /s/ Sheri Wong
                                                SHERI WONG, Bar No. 6291090
                                                Assistant Attorney General
                                                100 W. Randolph Street, 12th Floor
                                                Chicago, IL 60601-3218
                                                PHONE: (312) 814-3692
                                                FAX: (312) 814-2253
                                                EMAIL: swong@atg.state.il.us