**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Darren Evens

                    Plaintiff,

v.                                            Case No.: 1:07–cv–06937
                                                          Honorable James B. Zagel

Terry McCann

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Set deadlines as to motion to dismiss[ 20]: Petitioner's response due by 4/29/2008. Reply due by 5/13/2008. Ruling to be made by mail on or by 6/11/2008.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.