IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 7 2008
May 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNTIED STATES OF AMERICA ex rel. ) | |
| DARREN EVANS      Petitioner, ) | NO. 07 C 6937 |
| v. ) | Honorable: JAMES B. ZAGEL |
| TERRY McCANN, Warden, ) | Presiding Judge. |
| Stateville Correctional Center. ) | |
| Respondent. ) | **PETITIONERS" MOTION FOR EXTENSTION OF TIME** |

Now comes the Petitioner, DARREN EVANS, Pro SE, and respectfully moves this Honorable Court for an ORDER granting this MOTION FOR EXTEnsion OF TIME for the following reasons.

1. That I am a prisoner in the Illinois Department of corrections, cnfined at Stateville.

2. That I am Pro Se.

3. That the Prisoner that I had help me with the instant Petitinn for WRIt of HABEAS CORPUS, was transfered to another cell house and I am attempting to get my legal papers and the states MOTION TO DISMISS to him.

4. THat this MOTION is not made in BAD FAITH or to cost the state or this Honorable court time and money, but in the intesr of fairness and justice to the petitioner. THe state brought up the **EQUITABLE TOLLING** **and other issues that petitioner nedst** needs to address before this HOno HONORABLE COURT and will not be able to without the extenstion of time.

WHEEFORE, PETITIONER would respectfully request that this HOnorablr Court give an EXTENSTION OF 60 DAYS, to and including JULY 10, 2008.

Petitioner respectfully prays that this HOnorable Court will grant this motion INSTANTER.

DATED: APRIL 08, 2008:

Respectfully,

_Darren Evan B61256_
DARREN EVAN
B61256

IN THE

~~UNITED STATES DISTRICT COURT~~

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

UNITED STATES OF AMERICA, ex rel, )
DARREN EVANS )
Plaintiff/Petitioner )
)
vs. )
)
TERRY McCANN, WARDEN, )  No. 07 C 6937
STATEVILLE CORRECTIONAL CENTER )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
CHICAGO, IL. 60604

TO: SHERI WONG
ASSISTANT ATTORNEY GENERAL
100 W. RANDOLPH STREET, 12th FLOOR
CHICAGO, IL. - 60601-3218

PLEASE TAKE NOTICE that on APRIL 08, 2008, I placed the documents listed below in the institutional mail at STATEVILLE CORECTION CENTER Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: PETITIONERS' MOTION FOR EXTENSTION OF TIME and CERTIFACTE OF SERVICE.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: APRIL 08, 2008

/s/ Darren Evans 04/08/08

NAME: DARREN EVANS
IDOC No. B-61256
STATEVILLE Correctional Ctr.
POB ~~BOX 112, JOLIET, IL. 60434~~
, IL